# EXHIBIT 8

Resolution No. 2022-06-WTC-134

EXHIBIT 8

**Resolution No. 2022-06-WTC-134**

# RESOLUTION OF THE GOVERNING BODY OF THE WASHOE TRIBE OF NEVADA AND CALIFORNIA

**WHEREAS,** the Washoe Tribe of Nevada and California, is organized pursuant to the Provisions of the Indian Reorganization Act of June 18, 1934 (48 Stat. 984), as amended, to exercise certain rights of home rule and to be responsible for the general welfare of its membership; and

**WHEREAS,** the Washoe Development Enterprise ("WDE") was chartered by the Washoe Tribe of Nevada and California to promote the economic self-determination of the Washoe Tribe, to manage and advance the Tribe's economic development, to manage and coordinate all enterprises, business ventures and other forms of economic development assigned to it by the Tribal Council, and to enter into business relations to raise financing for development; and

**WHEREAS,** the Washoe Development Enterprise ("WDE") did enter into Lease Agreement B206, with Carson Valley Tahoe Self Storage, Resolution 96-WTC-60 and Lease Agreement B224, with Hobo Hot Springs Self Storage, Resolution 99-WTC-50; and

**WHEREAS,** on June 27, 2003, by Resolution 49-WTC-2003, the Washoe Tribal Council did dissolve the Washoe Development Enterprise ("WDE"); and

**WHEREAS,** on March 23, 2015 Washoe Tribal Chairman Neil Mortimer did approve the amendment to B206 and B224 on behalf of the Washoe Tribe of Nevada and California as successor in interest to Washoe Development Enterprises ("WDE"); and

**WHEREAS,** the Washoe Development Corporation ("WDC") is a federally chartered Tribal business corporation wholly owned by the Washoe Tribe of Nevada and California ("Tribe"), enabled by the Tribe for the purpose of operating Tribally owned commercial businesses, to provide job opportunities for Tribal members, to provide for the efficient use of Tribal resources, and to own and operate business enterprises for the benefit of the Tribe; and

**BE IT RESOLVED THAT THE WASHOE TRIBAL COUNCIL** hereby appoints the Washoe Development Corporation ("WDC") as successor in interest from Washoe Development Enterprise ("WDE") to oversee Lease contracts B206 and B224.

## CERTIFICATION

It is hereby certified that the Washoe Tribal Council is the governing body of the Washoe Tribe of Nevada and California composed of twelve (12) members of whom eleven (11), constituting a quorum, were present at a meeting duly held on the 10th day of June, 2022, and that the foregoing resolution was adopted by the affirmative vote of ten (10) for, zero (0) against, and one (1) abstention pursuant to the authority contained in Article VI, Section 1(h) of the Amended Constitution and Bylaws of the Washoe Tribe of Nevada and California.

Autumn Burtt
Secretary-Treasurer
Washoe Tribe of Nevada and California

6/13/2022
Date