# EXHIBIT 9

2015 Lease Amendments

EXHIBIT 9

# AMENDMENT TO GROUND LEASE NO. B-206
## Entered Into By and Between
## THE WASHOE TRIBE OF NEVADA & CALIFORNIA (as successor in interest to Washoe Development Enterprises)
## And
## CARSON VALLEY/TAHOE SELF-STORAGE, LLC

**WHEREAS,** Washoe Development Enterprises entered into a lease with Carson Valley/Tahoe Self-Storage, LLC, a Nevada Limited Liability Company, for Plymouth Road No. 1, approved by the Bureau of Indian Affairs on or about 12/18/1996 (hereinafter referred to as Lease No. B-206).

**WHEREAS,** the parties have negotiated amendments to some of the terms and conditions of Lease B-206; and

**WHEREAS,** the parties hereby reaffirm Lease No. B-206, with amendments, in all particulars including all paragraphs and provisions not inconsistent with the amendments that follow.

**NOW THEREFORE,** upon mutual agreement and consideration the parties hereto hereby amend the above referenced Lease No. B-206 as follows:

## ARTICLE II.
## LEASE TERM

Pursuant to Section 2.02, the term of Lease No. B-206 is extended for the period commencing on December 18, 2016, and expiring at midnight on October 05, 2026. Lessee may, at Lessee's option, extend the term of the Lease for an additional twelve (12) years, subject to the terms and conditions for such option as provided in Section 2.02 of the Lease.

## ARTICLE II.
## LESSOR'S OPTION TO PURCHASE

Section 2.03(1) of Lease No. B-206 is hereby amended so that Lessor's next option to purchase shall be exercisable on October 06, 2021. The terms and conditions for exercising such option to purchase shall remain the same.

Section 2.03(2) of Lease No. B-206 is hereby amended so that the Lessor's purchase price will be the value of the business as determined by two (2) MAI (Member of the Appraisal Institute) appraisers, selected individually by each party. Each appraiser's fee and costs will be born and paid by the party selecting the appraiser. If the two (2) appraisers shall agree on the value of the business, said agreed value will be binding. In the event that there is a difference in the appraised value of less than $500,000.00, then the difference would be split evenly. If the difference in the value is greater than $500,000.00, then the appraisers will select a third appraiser to resolve the difference. The cost of the third appraiser will be split evenly between the Lessor and Lessee.

## ARTICLE III.
## CONSIDERATION AND RENT

Pursuant to Section 3.02, the rental rates for the period of the extension shall be as follows:

Beginning December 18, 2016, the monthly rental rate shall increase to 12% of the gross revenue of the business or $3,000.00, whichever is greater, and every twelve (12) months thereafter shall increase .25%, until the monthly rental rate reaches a maximum of 13.5%, which shall remain the monthly rental rate for the remainder of the extension period.

## ARTICLE XV
## SURRENDER AND REMOVAL

The following is added to Section 15.01, Surrender and Possession, Part a:

Lessee shall surrender the improvements when the down payment or purchase price is paid by Lessor to Lessee. Until same occurs, Lessee shall continue to pay rent. Lessee will work with Lessor in the training of new staff and the transfer and assignment of approximately 1,500 customer contracts.

The remainder of the terms and conditions of Lease No. B-206 not referenced herein or affected hereby shall remain unchanged, are hereby incorporated by reference herein, and shall remain in full force and effect except as amended herein. This Amendment sets forth the entire agreement between the parties hereto and fully supersedes any and all representations and discussions during the negotiations leading to this Amendment.

**NOW THEREFORE**, the parties hereby agree to this Amendment, which shall be effective upon approval by the BIA:

**LESSOR:**

Date: 3/23/2015

[signature]

Chairman
Washoe Tribe of Nevada and California (as successor in interest to Washoe Development Enterprises)

**LESSEE:**

Date: 2-3-15

[signature]

James Fondren, Manager, Carson Valley/Tahoe Self- Storage, LLC

**AMENDMENT TO GROUND LEASE NO. B-224**
**Entered Into By and Between**
**THE WASHOE TRIBE OF NEVADA & CALIFORNIA (as successor in interest to Washoe Development Enterprises)**
**And**
**HOBO HOT SPRINGS SELF-STORAGE, LLC**

**WHEREAS,** Washoe Development Enterprises entered into a lease with Hobo Hot Springs Self-Storage, LLC, a Nevada Limited Liability Company, for Hot Springs Road No. 2, approved by the Bureau of Indian Affairs (BIA) on or about 10/06/1999 (hereinafter referred to as Lease No. B-224); and

**WHEREAS,** the initial term of the Lease No. B-224 has expired and the parties have negotiated terms of an extension and for amendments to other lease provisions; and

**WHEREAS,** the parties hereby reaffirm Lease No. B-224, with amendments, in all particulars including all paragraphs and provisions not inconsistent with the amendments that follow.

**NOW THEREFORE,** upon mutual agreement and consideration the parties hereto hereby amend the above referenced Lease No. B-224 as follows:

**ARTICLE II.**
**LEASE TERM**

Pursuant to Section 2.02, the term of Lease No. B-224 is extended for a period of twelve (12) years from the original expiration date, such extension commencing on October 06, 2014, and expiring at midnight on October 05, 2026. Lessee may, at Lessee's option, extend the term of the Lease for an additional twelve (12) years, subject to the terms and conditions for such option as provided in Section 2.02 of the Lease.

**ARTICLE II.**
**LESSOR'S OPTION TO PURCHASE**

Section 2.03(a) is hereby amended so that Lessor's next option to purchase shall be exercisable on October 06, 2021. The terms and conditions for exercising such option to purchase shall remain the same.

Section 2.03(b) is hereby amended so that the Lessor's purchase price will be the value of the business as determined by two (2) MAI (Member of the Appraisal Institute) appraisers, selected individually by each party. Each appraiser's fee and costs will be born and paid by the party selecting the appraiser. If the two (2) appraisers shall agree on the value of the business, said agreed value will be binding. In the event that there is a difference in the appraised value of less than $500,000.00, then the difference would be split evenly. If the difference in the value is greater than $500,000.00, then the appraisers will select a third appraiser to resolve the difference. The cost of the third appraiser will be split evenly between the Lessor and Lessee.

## ARTICLE III.
## CONSIDERATION AND RENT

Pursuant to Section 3.02(f), the rental rates for the period of the extension shall be as follows:

Beginning October 06, 2014, the monthly rental rate shall increase to 15% of the gross revenue of the business or $4,000.00, whichever is greater, and every twenty-four (24) months thereafter shall increase .25%, until the monthly rental rate reaches a maximum of 16.25%, which shall remain the monthly rental rate for the remainder of the extension period.

## ARTICLE XIV
## SURRENDER AND REMOVAL

The following is added to Section 14.01, Surrender and Possession, Part a:

Lessee shall surrender the improvements when the down payment or purchase price is paid by Lessor to Lessee. Until same occurs, Lessee shall continue to pay rent. Lessee will work with Lessor in the training of new staff and the transfer and assignment of approximately 1,500 customer contracts.

The remainder of the terms and conditions of Lease No.B-224 not referenced herein or affected hereby shall remain unchanged, are hereby incorporated by reference herein, and shall remain in full force and effect except as amended herein. This Amendment sets forth the entire agreement between the parties hereto and fully supersedes any and all representations and discussions during the negotiations leading to this Amendment.

**NOW THEREFORE**, the parties hereby agree to this Amendment, which shall be effective upon approval by the BIA:

**LESSOR:**

[signature]
Chairman
Washoe Tribe of Nevada and California (as successor in interest to Washoe Development Enterprises)

3/23/2015
Date

**LESSEE:**

[signature]
James Fondren, Manager
Hobo Hot Springs, Self-Storage, LLC, a Nevada Limited Liability Company

2-3-15
Date