# EXHIBIT 10

BIA Letter dated June 15, 2026

EXHIBIT 10

United States Department of the Interior
BUREAU OF INDIAN AFFAIRS
Western Nevada Agency
311 East Washington Street
Carson City, Nevada 89701

In Reply Refer to:
Superintendent

June 15, 2026

Honorable Serrell Smokey, Chairman
Washoe Tribe of Nevada and California
919 US 395 North
Gardnerville, NV 89410

Dear Chairman Smokey:

This letter is in response to your letter dated May 29, 2026, regarding business leases (B-206 and B-224) in the vicinity of Hobo Hot Springs. Western Nevada Agency reviewed our records in the Trust Asset Accounting Management System (TAAMS) as well as physical files.

A review of our records in TAAMS shows that both leases expired in 2014. Once completed the certified title status report will likely indicate that there are no encumbrances except utility rights of way on the lands currently occupied by HOBO HOT SPRINGS SELF STORAGE LLC and CARSON VALLEY/TAHOE SELF-STORAGE, LLC.

A review of physical files indicates that an amendment was submitted in 2015 after the leases expired. The amendment is signed by the Manager of the businesses and the then Chairman of Washoe Tribe, but it was not approved by BIA. As a result, the terms of the amendment do not appear in TAAMS. There is a provision in 25 CFR 162.447(c) where an amendment can be deemed approved, if BIA does not take action within specified timeframes. Physical files don't indicate the reason for BIA not to take action, but a common reason is lack of tribal authorization (i.e., tribal resolution). Physical files don't contain a tribal resolution approving the lease amendment. Does the Washoe Tribe have a resolution from 2014 or 2015 approving the lease amendment?

Please contact us if you require other lease information in addition to the certified title status report.

Sincerely,

JAMES GATZKE

Digitally signed by JAMES GATZKE
Date: 2026.06.16 10:24:10 -07'00'

Acting Superintendent