# EXHIBIT 11

WDC Letter dated August 19, 2025

EXHIBIT 11

# WASHOE DEVELOPMENT CORPORATION

Attn: Marvin Gates August 19, 2025

Via email: setagm@gmail.com

Tel: 775-720-0246

Re: Hobo Hot Springs Storage & Carson/Tahoe Storage

Dear Marvin:

Please accept this letter as notice that the Washoe Development Corporation is following the process noted within the Lease with intent to purchase the two storage facilities.

An appraiser was selected and has requested some documents to assist with his valuation process, which we shared on the call last Thursday:

A. Current occupancy statistics report/unit mix
B. Profit and loss statements (3 years if available + 2025 Year to Date in excel if possible)
    1. Need: 2025 YTD (in Excel if possible)
C. Proforma next year or stable estimate / budget
D. Contact person for inspection
E. History of occupancy (36 months if available)
F. List and cost amounts for any large capital expenditures performed recently

We look forward to working with you; feel free to contact me with any questions.

Sincerely,

W. J. Loomis

Wendy Loomis, WDC President