# EXHIBIT 16

Email Correspondence re

AAA Case No. 01-26-0003-6759

EXHIBIT 16

**From:** Fugazzi, Alex
**To:** Paul Tyson
**Cc:** Christine Swanick; Kristin Housh; Scheiferstein, Paloma; Hermes, Edward J.
**Subject:** Re: Service List Updated: Carson Valley/Tahoe Self Storage, LLC and Hobo v. Washoe Development Corporation - Case 01-26-0003-6759
**Date:** Thursday, June 25, 2026 3:27:41 PM
**Attachments:** image001.png
image002.png
image003.png

---

Hello Paul,

We are not agreeable to a stay of the arbitration demand we filed on June 16th. We disagree with your assumption that this jurisdictional issue will be resolved in favor of the WDC. The lease clearly states that all disputes are to be resolved by arbitration. Indeed, our review of applicable case law and AAA rules confirms that arbitrability must be decided by the arbitration tribunal, and not a federal court. Therefore, to the extent you believe you have a good faith basis to challenge AAA jurisdiction, that challenge should be raised in this arbitration proceeding. Should you decide to file your challenge in the pending arbitration, we are willing to work with you on an agreeable briefing schedule while the AAA arbitration panel is constituted

Alex L Fugazzi
afugazzi@swlaw.com

---

**From:** Paul Tyson <ptyson@sheppard.com>
**Sent:** Wednesday, June 24, 2026 2:31 PM
**To:** Fugazzi, Alex <afugazzi@swlaw.com>
**Cc:** Christine Swanick <cswanick@sheppard.com>; Kristin Housh <khoush@sheppard.com>; Scheiferstein, Paloma <pscheiferstein@swlaw.com>; Hermes, Edward J. <ehermes@swlaw.com>
**Subject:** RE: Service List Updated: Carson Valley/Tahoe Self Storage, LLC and Hobo v. Washoe Development Corporation - Case 01-26-0003-6759

**[EXTERNAL]** ptyson@sheppard.com

---

Alex,

In light of Washoe Development Corporation's objections to the jurisdiction of the AAA and the arbitrability of the demand for arbitration, are the Claimants willing to hold the AAA proceedings in abeyance pending resolution of these threshold issues by a federal court? As set forth in our objections letter, WDC intends to promptly seek a temporary restraining order and/or preliminary injunction in federal court resolving these threshold issues in favor of WDC.

Thank you,

Paul

**Paul M. Tyson**
Associate

12275 El Camino Real, Suite 100
San Diego, CA 92130
Direct +1.858.720.7473 | Office +1.858.720.8900
ptyson@sheppard.com | Bio | LinkedIn | sheppard.com

---

**From:** AAA Jennifer Morrison <JenniferMorrison@adr.org>
**Sent:** Tuesday, June 23, 2026 2:47 PM
**To:** Paul Tyson <ptyson@sheppard.com>; pscheiferstein@swlaw.com; ehermes@swlaw.com; afugazzi@swlaw.com
**Cc:** Christine Swanick <cswanick@sheppard.com>; Veronica Cortez <vcortez@sheppard.com>; Kristin Housh

<khoush@sheppard.com>; AAA Jennifer Morrison <JenniferMorrison@adr.org>; Shuta, Debbie <dshuta@swlaw.com>; dshuta@swlaw.com; dsteinwall@swlaw.com
**Subject:** RE: Service List Updated: Carson Valley/Tahoe Self Storage, LLC and Hobo v. Washoe Development Corporation - Case 01-26-0003-6759

Counsel:

The AAA acknowledges receipt of Respondent Washoe Development Corporation's June 22, 2026, submission.

The AAA further acknowledges Respondent's request that the proceedings be held in abeyance pending judicial resolution of its objections. Consistent with the parties' arbitration agreement and the applicable AAA Commercial Arbitration Rules, the AAA will continue administration of the matter and proceed with the arbitrator appointment process.

For administrative purposes, the case record has been updated as follows:

**Locale (Rule R-12)**
• Claimant identified Las Vegas, Nevada as its preferred hearing locale.
• Respondent requests Reno, Nevada as the hearing locale.
• In the absence of party agreement, the parties' respective positions regarding the hearing locale will be included in the case record and provided to the arbitrators following appointment.

**Respondent's June 22, 2026, Answering Statement**
• Respondent's submission has been added to the case record.
• In the absence of party agreement, the parties' respective positions regarding abeyance and other procedural matters raised in Respondent's June 22, 2026, submission will be included in the case record and provided to the arbitrators following appointment.

**Next Steps**
• The AAA will continue to provide all communications to the parties.
• The AAA will proceed with appointment of the contractually required three-arbitrator panel in accordance with the arbitration agreement and applicable AAA Rules.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Jennifer Morrison

**AAA Jennifer Morrison**
Director of ADR Services

Construction Divison
American Arbitration Association
International Centre for Dispute Resolution
150 N. Michigan Ave, Suite 3050, Chicago, IL 60601
**T:** 312 616 6582 **E:** JenniferMorrison@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Paul Tyson <ptyson@sheppard.com>
**Sent:** Monday, June 22, 2026 8:04 PM
**To:** pscheiferstein@swlaw.com; ehermes@swlaw.com; afugazzi@swlaw.com
**Cc:** Christine Swanick <cswanick@sheppard.com>; Veronica Cortez <vcortez@sheppard.com>; Kristin Housh <khoush@sheppard.com>; AAA Jennifer Morrison <JenniferMorrison@adr.org>; Shuta, Debbie <dshuta@swlaw.com>; dshuta@swlaw.com; dsteinwall@swlaw.com
**Subject:** RE: Service List Updated: Carson Valley/Tahoe Self Storage, LLC and Hobo v. Washoe Development Corporation - Case 01-26-0003-6759

***** External E-Mail – Use Caution *****

Counsel,

Please find attached the Washoe Development Corporation's objections to the jurisdiction of the AAA and the arbitrability of the demand for arbitration in AAA Case No. 01-26-0003-6759, a copy of which was filed with AAA earlier today.

Thank you,

Paul

**Paul M. Tyson**
Associate

12275 El Camino Real, Suite 100
San Diego, CA 92130
Direct +1.858.720.7473 | Office +1.858.720.8900
ptyson@sheppard.com | Bio | LinkedIn | sheppard.com

---

**From:** Kristin Housh <khoush@sheppard.com>
**Sent:** Monday, June 22, 2026 3:15 PM
**To:** AAA Jennifer Morrison <JenniferMorrison@adr.org>; Shuta, Debbie <dshuta@swlaw.com>; pscheiferstein@swlaw.com; dshuta@swlaw.com; ehermes@swlaw.com; afugazzi@swlaw.com; dsteinwall@swlaw.com
**Cc:** Christine Swanick <cswanick@sheppard.com>; Paul Tyson <ptyson@sheppard.com>; Veronica Cortez <vcortez@sheppard.com>
**Subject:** RE: Service List Updated: Carson Valley/Tahoe Self Storage, LLC and Hobo v. Washoe Development Corporation - Case 01-26-0003-6759

Good afternoon,

Please add the following to your respective service lists for Washoe Development Corporation:

- Christine Swanick cswanick@sheppard.com
- Paul Tyson ptyson@sheppard.com
- Veronica Cortez vcortez@sheppard.com

Thanks,

**Kristin P. Housh**
Partner

12275 El Camino Real, Suite 100
San Diego, CA 92130
Direct +1.858.720.7408 | Office +1.858.720.8900
khoush@sheppard.com | Bio | LinkedIn | sheppard.com

---

**From:** AAA Jennifer Morrison <JenniferMorrison@adr.org>
**Sent:** Monday, June 22, 2026 11:51 AM
**To:** Shuta, Debbie <dshuta@swlaw.com>; pscheiferstein@swlaw.com; dshuta@swlaw.com; ehermes@swlaw.com; afugazzi@swlaw.com; dsteinwall@swlaw.com; Kristin Housh <khoush@sheppard.com>
**Cc:** AAA Jennifer Morrison <JenniferMorrison@adr.org>
**Subject:** Service List Updated: Carson Valley/Tahoe Self Storage, LLC and Hobo v. Washoe Development Corporation - Case 01-26-0003-6759

Dear Ms. Shuta,

In accordance with your email below, we have added you to the service list. You may access the AAA WebFile using your login credentials.

Please note that the opposing party has been added to this email to keep them apprised.

If you need anything further, please let us know.

Thank you.

Sincerely,
Preeti Verma for Jennifer

**AAA Jennifer Morrison**
Director of ADR Services

Construction Divison
American Arbitration Association
International Centre for Dispute Resolution
150 N. Michigan Ave, Suite 3050, Chicago, IL 60601
T: 312 616 6582 E: JenniferMorrison@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
Explore 100 Years of AAA

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Shuta, Debbie <dshuta@swlaw.com>
**Sent:** Monday, June 22, 2026 1:03 PM
**To:** AAA Jennifer Morrison <JenniferMorrison@adr.org>
**Subject:** FW: Carson Valley/Tahoe Self Storage, LLC and Hobo v. Washoe Development Corporation - Case 01-26-0003-6759

***** External E-Mail – Use Caution *****

Good morning.

Who do I contact to be added to the service list for this matter so that I have online access? I am Alex Fugazzi's assistant.

Thank you,

Debbie G. Shuta
Snell & Wilmer L.L.P.

-----Original Message-----
From: JenniferMorrison@adr.org <JenniferMorrison@adr.org>
Sent: Thursday, June 18, 2026 7:45 PM
To: khoush@sheppard.com; Scheiferstein, Paloma <pscheiferstein@swlaw.com>; Steinwall, Dana <dsteinwall@swlaw.com>; Hermes, Edward J. <ehermes@swlaw.com>; Fugazzi, Alex <afugazzi@swlaw.com>
Subject: Carson Valley/Tahoe Self Storage, LLC and Hobo v. Washoe Development Corporation - Case 01-26-0003-6759

[EXTERNAL] jennifermorrison@adr.org

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.