RORY T. KAY (NSBN 12416)
CHELSEA LATINO (NSBN 14227)
LAENA ST-JULES (NSBN 15156)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: 775.788.2000
Email: rkay@mcdonaldcarano.com
clatino@mcdonaldcarano.com
lstjules@mcdonaldcarano.com

KRISTIN P. HOUSH (pro hac vice pending)
PAUL M. TYSON (pro hac vice pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Email: khoush@sheppard.com
ptyson@sheppard.com

Attorneys for Plaintiff
WASHOE DEVELOPMENT CORPORATION

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WASHOE DEVELOPMENT CORPORATION,

Plaintiff,

v.

CARSON VALLEY/TAHOE SELF-STORAGE, LLC, a Nevada limited liability company; and HOBO HOT SPRINGS, LLC, a Nevada limited liability company,

Defendants.

Case No. 3:26-cv-00600-ART-CSD

**ORDER APPROVING**

**REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

Plaintiff Washoe Development Corporation ("WDC") asks that the following persons be granted permission for live remote public access to the civil proceedings set for August 17, 2026, at 11:00 a.m., before Judge Traum:

/ / /

/ / /

- Joseph Nady, general counsel of the Washoe Tribe of Nevada and California, a federally recognized Indian tribe which wholly owns WDC. Mr. Nady's email address is joseph.nady@washoetribe.us; and
- Wendy Loomis, president of WDC. Ms. Loomis's email is wloomis@wdc-washoe.com.

WDC has advised Mr. Nady and Ms. Loomis that they are prohibited from recording, photographing, or retransmitting any part of the proceeding, and they have agreed to the same.

Dated this 17th day of August, 2026.

McDONALD CARANO LLP

By: /s/ Rory T. Kay
RORY T. KAY (NSBN 12416)
CHELSEA LATINO (NSBN 14227)
LAENA ST-JULES (NSBN 15156)
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
rkay@mcdonaldcarano.com
clatino@mcdonaldcarano.com
lstjules@mcdonaldcarano.com

KRISTIN P. HOUSH (pro hac vice pending)
PAUL M. TYSON (pro hac vice pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
khoush@sheppard.com
ptyson@sheppard.com

Attorneys for Plaintiff
WASHOE DEVELOPMENT CORPORATION

**APPROVING.**

Anne R. Traum
United States District Judge

Dated: August 17, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966