Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Aleem A. Dhalla, Esq.
Nevada Bar No. 14188
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
adhalla@swlaw.com

Edward J. Hermes, Esq.
*(Pro Hac Vice)*
Paloma Scheiferstein, Esq.
*(Pro Hac Vice Forthcoming)*
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: ehermes@swlaw.com

*Attorney for Defendants*
*Carson Valley/Tahoe Self Storage, LLC and*
*Hobo Hot Springs, LLC*

SNELL & WILMER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WASHOE DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CARSON VALLEY/TAHOE SELF STORAGE, LLC; HOBO HOT SPRINGS, LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00600-ART-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendants Carson Valley/Tahoe Self Storage, LLC and Hobo Hot Springs, LLC (collectively, "Self Storage" or "Defendants") and Plaintiff Washoe Development Corporation ("WDC" or "Plaintiff") jointly stipulate and agree to further extend Self Storage's time to respond to WDC's complaint as follows:

1. On August 5, 2026, WDC filed a Complaint (ECF No. 1) in this Court.

2. On August 31, 2026, the parties filed a stipulation to extend the deadline for Self Storage to respond to the Complaint to on or before 21 days after the Ninth Circuit Court of Appeals issued its mandate in WDC's appeal of the Court's order denying WDC's Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 32), which the Court granted (ECF No. 33).

3. On September 22, 2026, pursuant to the parties' stipulated motion, the Ninth Circuit dismissed WDC's appeal, and its order serves as the mandate of that court. Accordingly, Self Storage's current deadline to respond to the Complaint is October 13, 2026.

4. The parties have agreed to an additional two-week extension of Self Storage's deadline to respond to the Complaint. Accordingly, the parties agree the deadline for Self Storage to respond to the Complaint (ECF No. 1) is extended to on or before October 27, 2026.

///

///

SNELL & WILMER

5. This is the parties' second request to extend Self Storage's time to respond to the Complaint. This stipulation is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: October 9, 2026.

SNELL & WILMER L.L.P.

By: */s/ Aleem A. Dhalla*
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Aleem A. Dhalla, Esq.
Nevada Bar No. 14188
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Edward J. Hermes, Esq.
*(Pro Hac Vice)*
Paloma Scheiferstein, Esq.
*(Pro Hac Vice Forthcoming)*
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Defendants Carson Valley/Tahoe Self Storage, LLC and Hobo Hot Springs, LLC*

Dated: October 9, 2026.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Kristin P. Housh*
Kristin P. Housh, Esq.
*(Pro Hac Vice)*
Paul M. Tyson, Esq.
*(Pro Hac Vice)*
12275 El Camino Real, Suite 100
San Diego, California 92130

Rory T. Kay, Esq.
Nevada Bar No. 12416
Chelsea T. Latino, Esq.
Nevada Bar No. 14227
Laena St-Jules, Esq.
MCDONALD CARANO LLP
Nevada Bar No. 15156
100 W. Liberty Street, 10th Floor
Reno, Nevada 89501

*Attorneys for Plaintiff Washoe Development Corporation*

SNELL & WILMER

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: October 13, 2026.



4917-0023-0360